UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MIRIAM SNYDER,

                Plaintiff,                Docket No.:13-CV-5132

  -against-                           **RULE 7.1 DISCLOSURE**

DANIEL E. BERCE, INDIVIDUALLY AND AS
PRESIDENT AND CHIEF EXECUTIVE OFFICER
OF GM FINANCIAL AND GM FINANCIAL,
SUBSIDIARY OF GENERAL MOTORS HOLDINGS LLC,

                Defendants.
----------------------------------------X

    Pursuant to Rule 7.1 of the Rules of Civil Procedure, defendant, GM FINANCIAL (hereinafter "GM FINANCIAL") by its attorneys, Simmons Jannace, LLP, submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

    AmeriCredit Financial Services, Inc. d/b/a GM Financial is a wholly owned subsidiary of General Motors Financial Company, Inc. which is a wholly owned subsidiary of General Motors Holdings, L.L.C. which is a wholly owned subsidiary of General Motors Company.

Dated:    Syosset, New York
           October 4, 2013

```
                              Yours, etc.,

                              SIMMONS JANNACE, LLP

                              BY:  s/George C. Fontana Jr.
                                   George C. Fontana Jr. (GF-1802)

                              Attorneys for Defendants
                              DANIEL E. BERCE, IDNVIDICUALLY AND
                              AS PRESIDENT AND CHIEF EXECUTIVE
                              OFFICER OF GM FINANCIAL AND GM
                              FINANCIAL, SUBSIDIARY OF GENERAL
                              MOTORS HOLDINGS LLC
                              Office & P.O. Address:
                              115 Eileen Way, Suite 103
                              Syosset, New York 11791
                              (516) 802-0630

TO:   Miriam Snyder
      3230 Cruger Avenue 6B
      Bronx, New York 10467
```